**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN EIFLER,

        Plaintiff,

v.                                                       Case No:   6:25-cv-594-JA-LHP

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.
and TRANS UNION LLC,

        Defendants

---

**ORDER**

      Before the Court is Plaintiff John Eifler's Notice of Declining Participation in IDEAL Program.  Doc. No. 8.  Based thereon, it is **ORDERED** that this matter is no longer referred to the IDEAL Program, and the Notice of Order Referring Case to U.S. Magistrate Judge for IDEAL Program (Doc. No. 5) no longer applies in this case.  The parties shall file their Case Management Report in accordance with the Court's Initial Case Order (Doc. No. 4) and Local Rule 3.02.

**DONE** and **ORDERED** in Orlando, Florida on April 14, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties